**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 21-01924 |
| **DEFENDANT** Roger A. Stroud in His Capacity as Heir of Sandra K. Mack | **TYPE OF PROCESS** Sale |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Roger A. Stroud in His Capacity as Heir of Sandra K. Mack
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2289 Pennsylvania Ave. f/k/a 339 Pennsylvania Ave., South Waverly, PA. 18840 Parcel 41/007.05/274/000 000/

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Minimum Bid: $88,395.00

Sale: April 20, 2023 at 11:00 a.m.   Bradford County Courthouse: 301 Main Street, Towanda PA. 18848
Held @ the steps of the Main Street entrance.

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 215-627-1322
DATE: 4/18/23

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  DAFC | Date 04/18/2023 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 4/20/23   Time: 1100 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee $260.00 | Total Mileage Charges including endeavors) $83.84 | Forwarding Fee — | Total Charges $343.84 | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*) $0.00 |

REMARKS: 4/20/23- PROPERTY SOLD (1) DUSM $260.00, TOTAL MILEAGE $83.84

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FILED
HARRISBURG, PA
JUL 2 6 2023
PER _____ SH
DEPUTY CLERK

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 11/13