UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>       Plaintiff<br> v.<br><br>ROGER A. STROUD Solely in His Capacity as Heir of Sandra K. Mack a/k/a Sandra Kay Mack, Deceased<br>GREGORY T. STROUD Solely in His Capacity as Heir of Sandra K. Mack a/k/a Sandra Kay Mack, Deceased<br>       Defendant(s) | Civil Action No:  4:21-cv-01924 |

**ORDER**

  AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiff's Motion which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

**ORDERED**

  1. That the public sale held on April 20, 2023 is hereby confirmed and the interest of all lien holders are divested.

  2. That the Marshal is ordered and directed to execute and deliver to Scott and Karen Chase, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of ROGER A. STROUD Solely in His Capacity as Heir of Sandra K. Mack a/k/a Sandra Kay Mack, Deceased and GREGORY T. STROUD Solely in His Capacity as Heir of Sandra K. Mack a/k/a Sandra Kay Mack, Deceased in and to the premises sold located at 2289 Pennsylvania Avenue f/k/a 339 Pennsylvania Avenue, South Waverly, PA 18840.

  3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal.  The Purchaser is solely responsible for payment of all

recording charges and expenses.

      4.      That jurisdiction is retained for such further orders or decrees as may be necessary.

                                                                                               _____

                                                                                               J.